(1.)

United States District Court, Middle District of Florida
OCALA Division

FILED
5:23-CV-400-JLB-PRL
2023 JUN 26 AM 11:37
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Date 6-9-2023

Antonio Cantu
V.
Indiana Parole Board
Attorney General of Indiana

Attention, New, Diffent case!
Case: 2:19-CV-00608
arising From A State of Indiana Parole Violation PV-11-0750
case# 45G03-0712-FB-00104

Motion Pursuant to 18 USC 3582(c)(1)(A)
Compassionate Release Extraodinary and Compelling Reasons.

Dear, United States District Court Clerk, of OCALA United States District Judge, United States Attornies office.

Im A Federal inmate, serving a 178 month sentence, for a, 18 U.S.C. 2113(a) Bank RobBery. case 3:11-cr-40

(1) I've Served over 92 Percent of my Sentence March 9, 2011, to Today June 6, 2023.

(2) I Have a State of Indiana, Parole Violation Warrant, # PV-11-0750. from a, year 2007-2011 Parole Violation. I served six years, at the Indiana Department of Corrections, and I violated my 3-year term of Parole, Bye Robbing a Bank Yr. 2011.

(3) I Exhausted all My State Court, Remedies

(2.)

I filed My Post Conviction Relief Form, with the original sentencing Court. "Denied" My Request for Writ of Habeas Corpus!

(4.) I filed, and sent Multiple letters, (2012 to 2023) to the Indiana Parole Board, to Resolve, Reinstate, or Recall/Dismiss the Parole Violation, So I Can Be Released From Federal Custody this year october 17, 2023. earliest Release Date. All "Denied" for Past 13 years.

(5.) I filed an Exhausted My State of Indiana Supreme Court of Appeals, Appealling the denial of My Post Conviction Relief Form. For Writ of A Habeas Corpus to Dismiss, Resolve, the Indiana Parole Violation Warrant, I Was "Denied".

(6.) I Filed My 28 USC 2241, 2254 Motion with the Federal District Court of Terre Haute Indiana Division in this case: 2:19-CV-00608 It Was "Denied".

(7.) I'm Refileing Under the "Compassionate Release" 18 USC 3582(c)(1)(A). asking this Court Grant The Permission to ~~File~~ Re-File under the 18 USC 3582 Compassionate Release act. and Re-open My Case NO: 2:19-CV-00608-JPH-MJD.

(8.) Please Grant this Motion, and Re-open My case 2:19-CV-00608. and Allow Me to Re-File under the 18 USC 3582 Compassionate Release, "Extraordinary and Compelling Reasons."

(1.) see case # United States of America V. Maurice Dixon United States District Court of Minnesota
2023 U.S. Dist. Lexis 17384
Crim. NO. 13-302 JRT/JJK
FeBuary 2, 2023 Filed
FeBuary 2, 2023 Decided

(2.) In My Case this Case, i'm asking this Honorable Court of O'Cala Florida to Please Re-open this Case 2:19-CV-00608- and Please Use the terms "interchangebly", ~~towards~~ From the Compassionate Compassionate Release towards My case 2:19-CV-00608

and allow Me to, Amend My Case#2:19-CV-00608 if Granted/ordered to Be RE-OPEN. and file under 18 U.S.C. 3582(c)(1)(A).

(3.) I've served six years of a Class B Fellony at the Indiana Corrections Dept. I Have a Parole Violation Warrant PV-11-0750.

(4.) I've Exhausted all My State Court Remedies from original sentencing Court to the Highest Appealling Court Level. All Denied.

(5.) All My Civil Rights Pursuant to the EX-Post Facto Clause and Due Process are Being Violated, and all My Rights to Rehabilitation Programs, are Violated Cause of this Indiana State Parole Violation.

(6.) My Custody, and Custody Level Rights are Violated Cause of this Indiana Parole Violation.

(7.) I'm Being Discriminated Bye the

(5.)

Indiana Parole Board. Cause of My Race sex, Color of Skin, Being Handicapp, Disabed, and My Down Syndrom ~~to~~ learning Disability and alot More.

(8.) ~~If Your~~ If My Request to Re-open, My Case 2:19-CV-00608, and Refile under (18 U.S.C. 3582(c)(1)(A)) Compassionate Release, and Amend My 2:19-CV-00608 case.... is Denied!

(9.) Can You Please Grant Me, Permission, to File under, 18 U.S.C. 3582 Compassionate Release? and file in Forma Paperis, to Dissmiss, or/and Resolve\Remove My Indiana State Parole Violation Warrant, So I Can Go Home October 17, 2023. Earliest Release Date 10-17-23- Latest Release date 3-28-2024 or 4-17-24..

(10.) OR DO I RE-File a successive 28 U.S.C.

(6.)

3582 (C)(1)(A)?.

(11) I'm Asking This Honorable Court to Modify my original state of Indiana sentence, Class B Fellony case # 45G03-0712-FB-00104, Robbery to A, Lesser Class C Fellony And Modify my sentence to A Class C Fellony in Light of All these cases

Taylor V. U.S. 495 US 575 110 S.Ct 2143, 109 L.Ed 2d. 607 (1990)

Sheppard V. U.S. 544 U.S. 13 125 S.Ct. 1254, 161 L Ed 2d 205 (2005)

Johnson V. U.S. 559 U.S. 133, 130 S.Ct. 1265, 176 L.Ed. 2d. 1 (2010)

Johnson V. U.S. 576 U.S. 591, 135, S.Ct. 2551, 192 L. 186 L.Ed. 2d 438 (2013)

Sessions V. Dimaya --US-- 138 S.Ct. 1204, 200 L.Ed. 2d. 549 (2018)

Borden V. U.S. 141 S.Ct. 1817 210 L.Ed 2d 63 (2021)

U.S. V. Welch NO 17-cr-126 2020 U.S. Dist. Lexis 196894, 2020, WL 6200 168, at *3 ~~N.D.~~ EDNY (Oct. 22. 2020)

Davis V. U.S. US 139 S.Ct. 2319 204 L.Ed. 2d. 757 (2019)

7. In Light of All cases Federal Court Rules that Apply.

(12.) Please Grant this Request to Modify my state Conviction to A lesser Fellony And order the Probation Violation to Be Removed, And order the Parole Violation As modified to time served # PV. 11-0750.

at the: Indiana Parole Board
302 W. Washington st
Indianapolis. IN. 46204

Parole Violation # PV - 11 - 0750.

state Prisoner Number #190824

original case # 45G03-0712-FB-00104 at
superior Court of Lake County
2293 N. Main st.
crown Point, IN 46307, IF I'm Denied the Above,..

(13) AND I'M Granted, to File A NEW, Motion, to Modify → IF I'M granted. Permission, to File under A NEW → 18 U.S.C. 3582 (c)(1)(A) Compassionate Release Act. And Allow me to File in Forma Paperis

(14) OR IF I'M granted Permission to File a successive 28 U.S.C. 2241, or 2254. in this case # 2:19-CV-00608 Please Allow\grant me, A 30 Day Extension, to Amend. My original case. Pursuant to the New laws, and Amendments,

(8.) And Please take into consideration the terms, in 18 U.S.C. § 3582(c)(1)(A). compassionate Release. Extraodinary, and Compelling reasons, That Apply to me.

(1.) my Poor Health, serious terminally Ill conditions. on Medical File.... AND Allow me time to Amend and obtain Records.

---

(2.) I wish to care For my 87 year old, half ~~To Co~~ DeFF, Half Blind. Handicapp Mother Maria Cantu, and I wish to care for my Handicapp, 50 year old handicapp. Twin Brother. Margarito Cantu.

---

(3.) I have served over, 92-Percent of my 178-Month sentence,. A Decade, From March 9, 2011, to Today June, 8, 2023 For A 77 to 96 Month sentence.

I'm currently serving An Illeagal Enhanced sentence For A Bank Robbery. 2113(a) 77 to 96 Month. Cause of this case that's now Non Violent my guidelines elevated from 77 to 96 to 151 to 188 Months, Illeagally, I'm Pursuing A 18 USC, 3582(c)(1)(A). Compassionate Release in Another case 3:11-cr40...

(9.)

(4.) I have kept a good conduct History Report in Bureau of Prison. only recieved non Violent incedent Reports! And achieved Alot.

(5.) I have Successfully Achieved... A. Diploma\G.E.D, completed colege courses, in Business technology, Accounting Business management, And completed over 50 classes in Various Education, and Psycology Programs, I've worked for 10 years in Various U.S.P.'s AND FCI's Food services. And Unicor. To Pursue A Good Career in Society. And Successfully make A Positive Reintergration Back into society.

(6.) All of my accomplishments, Verify, and show, that I'm ~~[illegible]~~ more Likely going to succeed, and stay out of trouble and Be A Responsible, Citizen. AND stay out of prison and trouble.

(7.) AND Please take into consideration my 87 year old Mother needs my Assistance, And I'm willing to take care of my 87 year old. Mother Maria Cantu. And I'm sure my probation officer will Approve.

(8.) I have 8 children 6 son and Daughters Biologically tested. AND two I'm Responsible For they're my children. and I have 14 grandchildren, and two grandchilden. that are 4 to 7 months, Fetus, going to Be Born soon.

(9.) And I have A Release Plan.

Please grant these Requests

Respectfully Submitted,

June 9, 2023

[signature]

07448-027